## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kurt Kirchwehm, et al.
                          Plaintiff,

v.                                         Case No.: 1:22−cv−04398
                                                          Honorable Steven C. Seeger

Bisco Industries, Inc.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court presided over an in−court fairness hearing on November 29, 2023. For the reasons stated on the record, Plaintiffs' Unopposed Motion For Final Approval Of Class Action And FLSA Collective Settlement (Dckt. No. [46]) and Unopposed Motion In Support Of Attorneys' Fees, Costs, And Service Awards (Dckt. No. [47]) are granted. Order Granting Final Approval of Class Action Settlement to follow. Final Judgment Order to follow. Plaintiffs' Unopposed Motion To Reset Deadline To File Final Approval Motion And Motion For Fees (Dckt. No. [45]) is terminated as moot. The complaint is dismissed with prejudice. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.